NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EXELIXIS, INC.,**
*Plaintiff-Appellee,*

**v.**

**Teresa Stanek Rea, ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendant-Appellant.*

---

2013-1175

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 12-CV-0096, Judge T. S. Ellis, III.

--------------------------------------------------------------------------

**EXELIXIS, INC.,**
*Plaintiff-Appellant,*

**v.**

**Teresa Stanek Rea, ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendant-Appellee.*

2                                         EXELIXIS, INC. v. REA

————————————————

2013-1198

————————————————

Appeal from the United States District Court for the Eastern District of Virginia in No. 12-CV-0574, Judge Leonie M. Brinkema.

————————————————

**ON MOTION**

————————————————

Before LOURIE, *Circuit Judge.*

**O R D E R**

Upon consideration of Tara Chand Singhal's unopposed motion for leave to file a brief amicus curiae,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25